

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00174-CR

Walter **FISK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3772
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's Motion for Permission to File Supplemental Brief is GRANTED. The Supplemental Brief is filed as of October 17, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2017.

_____
Keith E. Hottle
Clerk of Court